IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anthony Wade James

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

CaptionCall, LLC

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. ᒻPWG 19 CV3222

*(to be filled in by the Clerk's Office)*

Jury Trial: ■ Yes ☐ No
*(check one)*



**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Wade James |
| Street Address | 2203 Herring Creek Drive |
| City and County | Accokeek, Prince Geroge's County |
| State and Zip Code | MD, 20607 |
| Telephone Number | (301) 300-4025 |
| E-mail Address | AJamesBusiness@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CaptionCall, LLC |
| Job or Title (if known) | |
| Street Address | Attn: Human Resources, 4215 S. Riverboat Road |
| City and County | Salt Lake City, Salt Lake County |
| State and Zip Code | UT, 84123 |
| Telephone Number | 1-877-557-2227 (Customer Support) |
| E-mail Address (if known) | cchr@sorenson.com |

2

Defendant No. 2

      Name                    _____

      Job or Title              _____
      (if known)

      Street Address        _____

      City and County      _____

      State and Zip Code   _____

      Telephone Number    _____

      E-mail Address        _____
      (if known)

Defendant No. 3

      Name                    _____

      Job or Title              _____
      (if known)

      Street Address        _____

      City and County      _____

      State and Zip Code   _____

      Telephone Number    _____

      E-mail Address        _____
      (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

      Name                    CaptionCall, LLC

      Street Address        4215 S. Riverboat Road

      City and County      Salt Lake City, Salt Lake County

      State and Zip Code   UT, 84123

      Telephone Number    1-877-557-2227 (Customer Support)

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

⊟ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

⊟ Other federal law *(specify the federal law)*:
Executive Order 11246

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

      ☐    Failure to hire me.

      ☐    Termination of my employment.

      ☒    Failure to promote me.

      ☐    Failure to accommodate my disability.

      ☒    Unequal terms and conditions of my employment.

      ☒    Retaliation.

      ☐    Other acts *(specify)*:    Intimidation, unfair employment practices due to race.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Ongoing misconduct between October 2012 through November 2019

C.    I believe that defendant(s) *(check one)*:

      ☒    is/are still committing these acts against me.

      ☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

      ☒    race _____

      ☐    color_____

      ☐    gender/sex _____

      ☐    religion _____

      ☐    national origin _____

      ☐    age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

      ☐    disability or perceived disability *(specify disability)*

_____

5

E.     The facts of my case are as follows.  Attach additional pages if needed.

The plaintiff is employed in the state of Maryland

The defendant is a federal contractor located in the state of Utah, and operates nationally.

In 2017 the plaintiff submitted a complaint of racial discrimination.

In April 2018 the defendant terminated the employment of Raymond Fry

In June 2018 the defendant terminated the employment of Christopher Krek

Throughout 2012 - 2019 the defendant engaged in numerous communications and actions with the plaintiff (to be amended).

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.     Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On or about October 2018

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)*
August 8th 2019

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief for actual damages, emotional distress, and punitive damages totaling $48,000,000 (Fourty-Eight Million).

*(to be amended)*

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 05, 2019.

Signature of Plaintiff    *Anthony Wade James*

Printed Name of Plaintiff    Anthony Wade James

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

8